UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESSICA MOREL, | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:09-CV-01897(RNC) |
| v. | : | |
| | : | |
| AMERICAN MEDICAL RESPONSE of CT, Inc., | : | |
| CHRISTOPHER CHAPLIN, DWAYNE DRUIN, | : | |
| SEAN PINDELL, SCOTT SCHUAB, MATTHEW | : | |
| MUCCI, | : | |
|     Defendants | : | March 2, 2011 |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of the §1983 claims contained in Counts Five and Six of the Second Amended Complaint against the defendants Chaplin, Druin, Pindell, and AMR with prejudice and without costs to either party.

PLAINTIFF, JESSICA MOREL


/s/Barbara E. Gardner
Barbara E. Gardner
Attorney at Law
843 Main Street
Suite 1-4
Manchester, CT 06040
Fed. Bar No. Ct07623
(860) 643-5543
Bg@bgardnerlaw.com

DEFENDANTS, AMERICAN MEDICAL
RESPONSE of CT, Inc., CHRISTOPHER
CHAPLIN, DWAYNE DRUIN, SEAN PINDELL

/s/
David C. Salazar-Austin (ct25564)
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT  06103
P: (860)522-0404
F: (860)247-1330
David.SalazarAustin@jacksonlewis.com

DEFENDANTS, SCOTT SCHUAB, and
MATTHEW MUCCI


     /s/
David S. Monastersky
ct13319
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860)24901361
(860)249-7665 (Fax)
dmonastersky@hl-law.com