UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA MOREL,<br>　　　Plaintiff, | CIVIL NO. 3:09 CV 1897 (RNC) |
| v. | |
| AMERICAN MEDICAL RESPONSE of CT,<br>INC. CHRISTOPHER CHAPLIN, DUANE<br>DROUIN, SEAN PIENDEL, SCOTT SCHUAB,<br>MATTHEW MUCCI<br>　　　Defendants. | AUGUST 7, 2012 |

## DEFENDANT AMERICAN MEDICAL RESPONSE OF CONNECTICUT, INC.'S AMENDED TAB D TO JOINT TRIAL MEMORANDUM

Defendant American Medical Response of Connecticut, Inc. ("AMR") hereby amends Tab D to the March 16, 2012 Joint Trial Memorandum in this matter and, specifically, AMR's exhibit list, as attached hereto. The purpose of the amendment is to adopt certain of former Defendant Scott Schaub's trial exhibits, which are now referenced as AMR Exhibits 102-148. Mr. Schaub resolved the case with Plaintiff as of August 1, 2012. Defendant has re-marked the exhibits accordingly for trial. None of these exhibits were objected to by Plaintiff. Defendant has also deleted Mr. Schaub's exhibit list.

DEFENDANT,
AMERICAN MEDICAL RESPONSE
OF CONNECTICUT, INC.,

By  /s/Sally Welch St. Onge
John Barr (pro hac vice)
Sally Welch St. Onge (ct27683)
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT  06103
Tel. (860) 522-0404
Fax (860) 247-1330
john.barr@jacksonlewis.com
sally.stonge@jacksonlewis.com

CERTIFICATION OF SERVICE

I hereby certify that on August 7, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 */s/Sally Welch St. Onge*
                                                 Sally Welch St. Onge