# UNITED STATES DISTRICT COURT

### DISTRICT OF            CONNECTICUT

Jessica Morel

V.

American Medical Response of CT, Inc

## EXHIBIT AND WITNESS LIST

Case Number:  3:09cv1897 (RNC)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **PRESIDING JUDGE** Robert N. Chatigny / **PLAINTIFF'S ATTORNEY** Gardner, Barbara / **DEFENDANT'S ATTORNEY** Barr/St. Onge |
| | | | | | **TRIAL DATE (S)** 8/8/12 + / **COURT REPORTER** Warner, D. / **COURTROOM DEPUTY** Glynn, T. |
| | 1 | 8/10/12 | | | Robert Zagami |
| | 2 | 8/10/12 | | | Duane Drouin |
| | 3 | 8/10/12 | | | Christopher Chaplin |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages