UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA MOREL, | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:09CV1897(RNC) |
| AMERICAN MEDICAL RESPONSE OF CONNECTICUT, INC., | : |
| Defendant. | : |

**VERDICT FORM**

We, the Jury, unanimously find as follows:

I. <u>LIABILITY</u>

A. <u>Sexually Harassing Hostile Work Environment</u>

Has the plaintiff proven that she was subjected to a sexually harassing hostile work environment for which the defendant is liable under Title VII and CFEPA?

Yes _____     No _____

B. <u>Retaliation</u>

1. Has the plaintiff proven that the defendant retaliated against her for engaging in protected activity under Title VII and CFEPA after she complained to the defendant that she was being sexually harassed?

Yes _____     No _____

2. Has the plaintiff proven that the defendant retaliated against her for engaging in protected activity under CFEPA after she opposed harassment of a co-worker based on the co-worker's sexual orientation?

    Yes _____    No ✓

3. Only if you have answered "Yes" to (B)(1) or (B)(2), has the defendant proven that it would have taken the same adverse action even if it had not considered the plaintiff's protected activity?

    Yes _____    No _____

If you have answered "No" to I(A), I(B)(1) and I(B)(2), please go to Part III. If you have answered "No" to I(A) and "Yes" to I(B)(3), please go to Part III. Otherwise, please go to Part II.

II. DAMAGES

A. Compensatory Damages

1. Has the plaintiff proven that she is entitled to recover compensatory damages?

    Yes _____    No _____

    If your answer is "Yes," what amount of damages do you award?

    _____

B.  <u>Nominal Damages</u>

   If you find that the plaintiff has failed to prove that she is entitled to an award of compensatory damages, what amount of nominal damages do you award?

   _____


C.  <u>Punitive Damages</u>

1.  Has the plaintiff proven that an award of punitive damages is justified?

    Yes _____          No _____

2.  If your answer is "Yes," what amount of punitive damages do you award?

    _____

III.

You have completed your deliberations. Please have your foreperson sign and date this verdict form and send a note to the judge reporting that you have reached a unanimous verdict.

Dated at Hartford, Connecticut this 16th day of August 2012.


Jury Foreperson